In the Matter of the Application of SYDNEY R. SNITKIN, FRANCIS J. McCAFFREY, JR., and FREDERICK J. GROEHL, Respondents, for an Order of Mandamus against FRANK J. TAYLOR, Comptroller of the City of New York, Appellant.

First Department, April 16, 1937.

*Phillip W. Haberman, Jr.,* of counsel [*Thomas W. A. Crowe* with him on the brief; *Paul Windels, Corporation Counsel*], for the appellant.

*Sydney R. Snitkin* of counsel [*Howard J. Gibbs* with him on the brief], for the respondents.

PER CURIAM. Payment to the petitioners of $1,000 was ample compensation for the services rendered. There was no trial or trials, and the plea of guilty disposed of both indictments.

It follows, therefore, that the order appealed from should be reversed, with twenty dollars costs and disbursements, and the motion denied.

Present — MARTIN, P. J., O'MALLEY, GLENNON, DORE and COHN, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied.